

FILED

06/21/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0130

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0130

_____

STATE OF MONTANA,

Plaintiff and Appellee,

v.                                                          O R D E R

STEPHEN DEAN PRUITT,

Defendant and Appellant.

_____

FILED

JUN 2 1 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Counsel for the Appellant Stephen Dean Pruitt filed a motion and brief asking to be allowed to withdraw from this appeal on grounds that counsel has been unable to find any nonfrivolous issues to raise on appeal, pursuant to § 46-8-103(2), MCA, and *Anders* v. *California,* 386 U.S. 738, 87 S. Ct. 1396 (1967). Pruitt was granted time to file a response, but no response was filed.

The Court has now independently examined the record pursuant to § 46-8-103(2), MCA, and *Anders*.

Our examination of the sentencing phase of the record indicates that nonfrivolous issues may exist on appeal that appellate counsel failed to address in her *Anders* brief. We direct counsel to review the complete record on appeal and to further consider the following issues related to Pruitt's sentence: whether the District Court properly allowed Pruitt to satisfy his financial obligations by performing community service, whether the District Court's written judgment conforms with its oral pronouncement of sentence, whether the District Court properly imposed certain costs in light of the facts presented at the sentencing hearing, and whether defense counsel was ineffective at sentencing.

Therefore,

IT IS ORDERED that counsel's motion to be allowed to withdraw is DENIED.

IT IS FURTHER ORDERED that Appellant's opening brief shall be due within thirty days of the date of this Order.

The Clerk is directed to provide copies of this Order to all counsel of record and to Pruitt personally.

DATED this 21 day of June, 2022.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices

2